Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Junious Burgos,
Plaintiff

    v.

Commissioner of Social Security,
Defendant

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV-6218

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff's motion for judgment on the pleadings is denied, Defendant's cross-motion for the same relief is granted, and this action is dismissed.

Date: March 21, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk